

U.S. Department of Justice

*Joshua S. Levy*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

**John Joseph Moakley**
**United States Courthouse**
**1 Courthouse Way**
**Suite 9200**
**Boston, Massachusetts 02210**

December 9, 2024

Timothy Goulden
Kurt Olson
Goulden Law Offices
253 Main Street
Nashua, NH 03060

    Re:    <u>KBC Capital, LLC</u>

Dear Tim and Kurt

    Reference is made to the plea agreement dated July 31, 2024. Pursuant to Paragraph 11 of that agreement, the payment schedule Paragraph 5 is amended to require payment as follows:

    Due by December 31, 2024: $21,666.67
    Due by March 31, 2025: $21,666.67
    Due by June 30, 2025: $21,666.67
    Due by September 30, 2025: $21,666.67
    Due by December 31, 2025: $21,666.67
    Due by March 31, 2026: $21,666.67
    Due by June 30, 2026: $21,666.66
    Due by September 30, 2026: $21,666.66
    Due by December 31, 2026: $21,666.66
    Due by March 31, 2027: $21,666.66
    Due by June 30, 2027: $21,666.66
    Due by September 30, 2027: $21,666.66

JOSHUA S. LEVY
United States Attorney

Dated: December 12, 2024    By:    _____
    Digitally signed by EVAN PANICH
    Date: 2024.12.12 08:49:06 -05'00'
EVAN D. PANICH
Assistant United States Attorney

_____
XIAOZHONG ZHANG
President
KBC Capital, LLC


/s/ Kurt S. Olson
_____
Timothy Goulden, Esq.
Kurt Olson, Esq.
Attorneys for KBC Capital, LLC